AO 467 (Rev. 9/03) Order for Defendant to Appear

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

Joe Jimenez

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CASE NUMBER: 06-mj-01066

CHARGING DISTRICTS
CASE NUMBER: _____

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the Midland District of Texas; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the Midland Texas,
*Place and Address*
for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified) Judge Stuart Platto on May 9, 2006 9:30 AM Local Time
*Date and Time*

_____
Signature of Judge

April 28, 2006
*Date*

Michael J Watanabe
*Name of Judge*     *Title of Judge*
US Magistrate Judge